unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Maloy, J.— Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

In the Matter of RUTH A. NOSBISCH, Appellant, v NICKY C. KUNZE, Respondent. [759 NYS2d 922] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Erie County, Townsend, J.—Custody.) Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

In the Matter of RUTH NOSBISCH, Appellant, v NICKY C. KUNZE, Respondent. [759 NYS2d 921] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Erie County, Townsend, J.—Visitation.) Present: Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

In the Matter of DARYL N. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RUTH N., Appellant. [759 NYS2d 925] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Erie County, Townsend, J.—Custody.) Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

In the Matter of ERIC N. and Another. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RUTH N., Appellant. [759 NYS2d 923] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Erie County, Townsend, J.— Custody.) Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

In the Matter of KATRINA N. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RUTH N., Appellant. [759 NYS2d 922] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Erie County, Townsend, J.—Custody.) Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.